IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PETITION FOR WRIT OF HABEAS |
|  | ) | CORPUS AD PROSEQUENDUM |
| v. | ) |  |
|  | ) | Criminal No. 3:22-MJ-23 |
| MICHAEL WATKINS HAYER | ) |  |

    Your petitioner, United States of America, by, Melanie Smith, Assistant United States Attorney for the Western District of Virginia, respectfully shows:

    1.    That this case is a prosecution upon a Complaint, charging the defendant with Title 18, United States Code, Sections 841(a)(1), (b)(1)(C).

    2.    That the presence of the said defendant before the United States District Court for the Western District of Virginia at Charlottesville, Virginia, scheduled for an Initial Appearance at the United States District Court, Charlottesville, Virginia, on the 26th day of July 2022, is necessary and he is now in custody of Piedmont Regional Jail, 801 Industrial Park Rd., Farmville, VA 23901.

    WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Western District of Virginia, or any other authorized United States Marshal, SA Robinson Blake who shall bring the defendant before the Court at the above time and place.

Dated:   July 7, 2022                                    /s/ Melanie A. Smith
                                                                          Melanie A. Smith
                                                                          Assistant United States Attorney
                                                                          VA Bar No. 82663

******************************************************************************

TO:    Piedmont Regional Jail
         801 Industrial Park Rd.
         Farmville, VA 23901

**IN THE EVENT THIS INMATE IS TO BE TRANSFERRED TO ANOTHER FACILITY BEFORE THE REQUESTED DATE OF APPEARANCE, PLEASE NOTIFY THE ASSISTANT U.S. ATTORNEY LISTED ABOVE AT (434)293-4283.**

GREETINGS:

 WE COMMAND YOU that you surrender the body of Michael Watkins Hayer detained in the Piedmont Regional Jail, under your custody as it is said, to the United States Marshal for the Western District of Virginia, or one of his Deputies, or any other authorized United States Marshal, to the end that his body will be before the United States District Court for the Western District of Virginia, at Charlottesville, Virginia, on the 26th day of July 2022, or at such other time or times as the District Court may direct.

 ENTER: This  day of July 2022.

                _____
                THE HONORABLE JOEL C. HOPPE
                United States Magistrate Judge

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT
OF VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL:

TO EXECUTE:

 WE COMMAND that you proceed to the Piedmont Regional Jail and remove therefrom the body of Michael Watkins Hayer and produce him under safe and secure conduct before the United States District Court for the Western District of Virginia, at Charlottesville, Virginia, on the 26th day of July 2022, or at such other time or times as the District Court may direct, and upon completion of the case.

                BY:
                _____
                Deputy Clerk

CUSTODY ASSUMED:
EXECUTED this   day of    , 2022.

  BY: _____
    United States Marshal/Deputy

RETURNED:

EXECUTED this   day of    , 2022.

  BY: _____
    United States Marshal/Deputy

SENTENCED STATE PRISONER: Yes: _____ No: _____