IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT,
BOND/DETENTION HEARING/PRELIMINARY EXAM

Case No.: 3:22-mj-23                               Date: July 26, 2022

| Defendants: | Counsel: |
|---|---|
| Michael Watkins Hayer | Don Pender, AFPD |

PRESENT:  JUDGE:            Joel C. Hoppe, USMJ            TIME IN COURT: 2:42-2:52; 10mins
          Deputy Clerk:     Dylan Gaddes
          Court Reporter:   FTR/Dylan Gaddes
          U. S. Attorney:   Melanie Smith
          USPO:             Kera Campbell
          Case Agent:       Case agent
          Interpreter:      Interpreter

## INITIAL APPEARANCE AND BOND HEARING

☒ Initial Appearance.  Defendant(s) advised of charges, rights and nature of proceedings.
☒ Government moves to unseal case.  Court grants motion.
☒ Defendant requests appointment of counsel.  CJA 23 completed; Public Defender appointed.
☐ Bond hearing held.  Record proceedings, witnesses, etc
☐ Government does not oppose bond.
☐ Defendant(s)  not eligible for bond because state reasons not eligible.
☐ Bond set at Amount, type, i.e., secured, unsecured, property, cash, corporate surety.
☒ Deft. notified of right to consular notification under the Vienna Convention.

## DETENTION

☒ Government moves for detention. (Can be continued for up to 3 days)
☒ Defendant not seeking release at this time.

## PRELIMINARY EXAM
(Only if arrested on criminal complaint)

☐ Defendant does not contest probable cause.
☒ Preliminary exam waived.  Waiver form executed by parties Click here to enter text.
☒ Preliminary Exam held.  Click here to enter text.
☒ Probable cause found.  Order will enter.
☐ Probable cause not found.  Court orders complaint dismissed.  Order will enter.

☐ Jury or Court trial set for Trial date.
☐ Pretrial conference set for Pretrial conference date.
☒ Defendant(s) remanded to custody.
☐ Defendant(s) released on bond.

Additional Information:
Defendant sworn. Court summarizes charges. Government sumarizes penalties. Defendant waives preliminary hearing. Court finds probable cause. Government moves for detention. Defendant not seeking release at this time. Order of detention will enter.