# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | 3:22-mj-23 |
| Michael Watkins Hayer | ) | | |
| | ) | | |
| | ) | | |
| *Defendant* | | | |

**Received**
4:46 pm, Jun 21 2022

United States Marshals Service
Western District of Virginia

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michael Watkins Hayer ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See attached affidavit by Special Agent Robinson Blake.

Date: 6/21/22

*Issuing officer's signature*

City and state: Charlottesville, Virginia

Joel C. Hoppe, United States Magistrate Judge
*Printed name and title*

**Return**

| This warrant was received on *(date)* 06/21/2022 , and the person was arrested on *(date)* 07/25/2022 |
| at *(city and state)* Charlottesville, VA . |

Date: 07/25/2022

*Arresting officer's signature*

Michael J Allen CIDUSM
*Printed name and title*