AO 455 (Rev. 01/09) Waiver of an Indictment

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
10/14/2022
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.   3:22CR00015-001 |
| MICHAEL WATKINS HAYER ) | |
| ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/5/22

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Donald Pender
*Printed name of defendant's attorney*

_____
*Judge's signature*

Norman K. Moon, United States District Judge
*Judge's printed name and title*

10/14/2022