CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

10/14/2022

LAURA A. AUSTIN, CLERK
BY:  s/ CARMEN AMOS
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              Criminal Action No.  3:22CR00015-001

MICHAEL WATKINS HAYER

 

In the presence of Donald R. Pender, my counsel, who has fully explained the charges contained in the Information against me, and having received a copy of the Information from the United States Attorney before being called upon to plead, I hereby plead guilty to said Information and Count(s)  One (1) & Two (2)  thereof. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

_____
Signature of Defendant

October 14, 2022
_____
Date

*Donald Pender*
_____
Witness