# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:22-CR-00015 |
| | ) | |
| MICHAEL WATKINS HAYER | ) | |

## NOTICE OF SUBSTITUTION AND APPEARANCE

Melanie Smith, Assistant United States Attorney, for the Western District of Virginia, hereby notes his appearance as counsel in this case for the United States of America in substitution for Sean Welsh, Assistant United States Attorney.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
UNITED STATES ATTORNEY

 /s/Melanie A. Smith
Melanie A. Smith
Assistant United States Attorney
Virginia Bar No. 82663
United States Attorney's Office
U.S. Courthouse & Federal Building
255 W. Main St., Room 130
Charlottesville, Virginia 22902
434-293-3180
Melanie.Smith@usdoj.gov

Date: February 14, 2023

## CERTIFICATE OF SERVICE

I hereby certify that I have this 14th day of February 2023, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. This CM/ECF system will send notification of such filing to counsel of record.

/s/*Melanie A. Smith*
Melanie A. Smith
Assistant United States Attorney